COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re The Signorelli Company, Inc., Signorelli Operating Corporation, Signorelli Holdings, Ltd., Signorelli Investment Company, Ltd., Signorelli Investment Operating Company, L.L.C., Signorelli Homes Ltd., Signorelli Homes Operating Company, L.L.C., Signorelli Media, Ltd., Lake Conroe Resorts, Ltd., and Lake Conroe Resorts Operating Company, L.L.C.

Appellate case number:     01-13-01031-CV

Trial court case number:     2013-345469

Trial court:     165th District Court of Harris County

On December 2, 2013, relators, The Signorelli Company, Inc., Signorelli Operating Corporation, Signorelli Holdings, Ltd., Signorelli Investment Company, Ltd., Signorelli Investment Operating Company, L.L.C., Signorelli Homes Ltd., Signorelli Homes Operating Company, L.L.C., Signorelli Media, Ltd., Lake Conroe Resorts, Ltd., and Lake Conroe Resorts Operating Company, L.L.C., filed a petition for writ of mandamus challenging the trial court's order denying relators' motion to transfer venue. It is **ordered** that the real party in interest respond to the petition for writ of mandamus. The response, if any, is due **Thursday, December 19, 2013.**

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes
           ☒ Acting individually     ☐ Acting for the Court

Date: December 5, 2013